# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Chase Lamb** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-10450-BRM-APP |
| | ) |
| **Mortgage One Funding, LLC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Tyesha Long, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Mortgage One Funding, LLC in Oakland County, MI on February 18, 2026 at 2:46 pm at 1055 W Maple Rd, 200, Clawson, MI 48017 by leaving the following documents with Nisha Rahman who as Office Manager is authorized by appointment or by law to receive service of process for Mortgage One Funding, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Race: American Indian or Alaska Native, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.547745,-83.1610638333
Photograph: See Exhibit 1

Standard Serve 1055 W Maple Rd, 200, Clawson, MI 48017 1@$97.00=$97.00
Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Wayne County__,
__MI__ on __2/19/2026__.

/s/ *Tyesha Long*
Signature
Tyesha Long
+1 (313) 408-8555



Exhibit 1a)