UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHASE LAMB, individually and on behalf of others similarly situated, | Case No. 2:26-cv-10450-BRM-APP |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Magistrate Judge Anthony P. Patti |
| MORTGAGE ONE FUNDING, LLC, | |
| Defendant. _____/ | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the proposed class*

Dated: March 6, 2026

## **CERTIFICATE OF SERVICE**

 I certify that on March 6, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

     /s/ George T. Blackmore
     George T. Blackmore