**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHASE LAMB,
*on behalf of himself and*
*others similarly situated,*

               Plaintiff,

v.

MORGAGE ONE FUNDING LLC,

               Defendant.

Civil Action No. 2:26-cv-10450

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

---

Defendant Mortgage One Funding, LLC, by and through undersigned counsel, respectfully moves this Court for a 30-day extension of time, up to and including April 10, 2026, to file its response to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on February 9, 2026.

2. Defendant was served with the Complaint on February 18, 2026.

3. Defendant's response to the Complaint is currently due on March 11, 2026.

4. Defendant requires additional time to review the allegations in the Complaint, investigate the factual issues presented, and prepare an appropriate response.

5. This is Defendant's first request for an extension of time to respond to the Complaint, and it is made in good faith and not for purposes of delay.

6. Defendant has conferred with Plaintiff's counsel pursuant to Local Rule 7.1(a)(1) and Plaintiff does not object to this Motion.

1

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the deadline for Defendant to respond to the Complaint by thirty (30) days, up to and including April 10, 2026, and grant such other relief as the Court deems appropriate.

Date: March 11, 2026                        Respectfully submitted,

*/s/ Khoa D. Trinh*
Nathan H. Lichtenstein (IL Bar # 1655469)
Khoa D. Trinh (IL Bar # 6351044)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
ktrinh@agdglaw.com
nlichtenstein@agdglaw.com

*Attorneys for Mortgage One Funding, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th of March 2026, a true and correct copy of the foregoing

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO

COMPLAINT was filed and served via CM/ECF to all parties of record.


*/s/ Khoa D. Trinh*
Khoa D. Trinh

3