**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| CHASE LAMB,<br>*on behalf of himself and*<br>*others similarly situated,*<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MORGAGE ONE FUNDING LLC,<br><br>　　　　　　Defendant. | Civil Action No. 2:26-cv-10450 |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Nathan H. Lichtenstein and the firm of Aronberg Goldgehn Davis & Garmisa as counsel for Defendant, Mortgage One Funding, LLC in the above-captioned action.

Date: March 12, 2026　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Nathan H. Lichtenstein*
　　　　　　　　　　　　　　　　Nathan H. Lichtenstein (IL Bar # 1655469)
　　　　　　　　　　　　　　　　Khoa D. Trinh (IL Bar # 6351044)
　　　　　　　　　　　　　　　　ARONBERG GOLDGEHN DAVIS & GARMISA
　　　　　　　　　　　　　　　　225 W. Washington St., Suite 2800
　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　(312) 755-3177
　　　　　　　　　　　　　　　　ktrinh@agdglaw.com
　　　　　　　　　　　　　　　　nlichtenstein@agdglaw.com

　　　　　　　　　　　　　　　　*Attorneys for Mortgage One Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th of March 2026, a true and correct copy of the foregoing Notice of Entry of Appearance was filed and served via CM/ECF to all parties of record.

                                                */s/ Nathan H. Lichtenstein*

                                                Nathan H. Lichtenstein