**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHASE LAMB, *on behalf of himself and others similarly situated,* | |
| Plaintiff, | Civil Action No. 2:26-cv-10450 |
| | Hon. Brandy R. McMillion |
| v. | |
| MORGAGE ONE FUNDING LLC, | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion"), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED.** Defendant shall file its response to the Complaint on or before **April 10, 2026**.

**IT IS SO ORDERED.**

Date: March 13, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

1