**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| CHASE LAMB,<br>*on behalf of himself and others*<br>*similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:26-cv-10450<br>) |
| v. | )<br>) |
| MORTGAGE ONE FUNDING, LLC | )<br>) |
| Defendant. | ) |

_____/

**NOTICE OF ENTRY OF APPEARANCE**

_____/

Please enter the appearance of James J. Sarconi and the firm of Smith & Sarconi PLC as co-counsel for Defendant, Mortgage One Funding, LLC in the above-captioned action.


Date: April 10, 2026          Respectfully submitted,

                             **SMITH & SARCONI PLC**

                             By:    s/James J. Sarconi
                                    James J. Sarconi (P66101)
                                    13900 Lakeside Circle, Suite 203
                                    Sterling Heights MI 48313
                                    (586) 884-5420
                                    jsarconi@s2attorneys.com

                                    attorney for Mortgage One Funding, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below I caused a copy of the foregoing

appearance, to be filed with the Court's CM/ECF system, which will serve copies

on all counsel of record.

Dated: April 10, 2026                    Respectfully Submitted,

/s/ James J. Sarconi
Smith & Sarconi PLC