**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHASE LAMB, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 2:26-cv-10450 |
| VS. | ) |
| | )   Hon. Brandy R. McMillion |
| MORTGAGE ONE FUNDING, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER STRIKING (ECF NO. 12)

The Court has reviewed ECF No. 12, Plaintiff's Response to Defendant's Motion to Dismiss. The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Brandy R. McMillion*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=58.

☐ Other:.

**IT IS SO ORDERED.**

Dated: April 14, 2026                          s/Brandy R. McMillion
Detroit, Michigan                              Hon. Brandy R. McMillion
                                               United States District Judge

2