**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHASE LAMB, *on behalf of himself and others similarly situated,*

Plaintiff,

v.

MORTGAGE ONE FUNDING, LLC

Defendant.

Case No. 2:26-cv-10450

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Mortgage One Funding, LLC respectfully requests leave to file the supplemental brief attached as Exhibit A in support of its pending Motion to Dismiss (ECF No. 11).

Since Defendant filed its motion on April 13, 2026, several federal courts have issued decisions addressing statutory issues directly relevant to Plaintiff's TCPA claims pursuant to recent United States Supreme Court decisions. Defendants seek leave to bring this intervening authority to the Court's attention. The proposed supplement raises no new factual issues and will not delay the proceedings.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file the supplemental brief attached as Exhibit A and consider it in resolving its pending Motion to Dismiss.

Respectfully submitted on October 30, 2026,

**MORTGAGE ONE FUNDING, LLC**

By: *<u>/s/ Nathan H. Lichtenstein</u>*
Nathan H. Lichtenstein (IL Bar #1655469)
Khoa D. Trinh (IL Bar #6351044)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
nlichtenstein@agdglaw.com
ktrinh@agdglaw.com

By: *<u>/s/ James J. Sarconi</u>*
James J. Sarconi (P66101)
**SMITH & SARCONI PLC**
13900 Lakeside Circle, Suite 203
Sterling Heights MI 48313
(586) 884-5420
jsarconi@s2attorneys.com